IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01004-TPO

NICKOLAY BORISOVICH POKATILOV,

      Petitioner,

v.

TODD BLANCHE,
Acting U.S. Attorney General,

GEORGE VALDEZ, Field Office Director,
U.S. Immigration and Customs Enforcement,

MARKWAYNE MULLIN, Secretary,
U.S. Department of Homeland Security, and

JUAN BALTAZAR, Warden,
GEO Group Aurora, Inc.,

in their official capacities,[1]

      Respondents.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on April 29, 2026.**

This Court granted Petitioner's habeas corpus petition [ECF 15], and Respondents later filed a Status Report [ECF 16] reporting that Petitioner was released from custody on April 21, 2026. ECF 14. There is no need to take further action in this case.

The Clerk of Court shall **close** this case and shall enter Final Judgment in Petitioner's favor.

---

[1]    Pursuant to Fed. R. Civ. P. 25(d), this Court updates the case caption with the names of those Respondents who are the current office holders.